THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ROBERT BOYATT,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE WRIGHT et al.,<br><br>    Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:24-CV-74 RJS<br><br>Chief District Judge Robert J. Shelby |

On July 16, 2024, the court ordered Plaintiff to show cause within thirty days why the Complaint should not be dismissed for failure to state a claim upon which relief may be granted.[1] The court set forth an analysis explaining the claim's invalidity.[2]  Plaintiff has not responded and has not been directly heard from in this case since it was filed over six months ago, on February 1, 2024.[3]  The court's analysis in the Order to Show Cause therefore stands unchallenged.

Based on that analysis, IT IS ORDERED that Plaintiff's Complaint[4] is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.[5]

DATED this 21st day of August 2024.

---

[1] Dkt. 12.

[2] *Id.*

[3] Dkt. 5.

[4] Dkt. 5.

[5] *See* 28 U.S.C.S. § 1915(e)(2)(B)(ii) (2024).

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge